UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22 CR 481 RWS |
| ) | |
| ROLAND HILL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

On August 22, 2024, the defendant filed a pro se motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) ("Amendment 821").

Accordingly,

**IT IS HEREBY ORDERED** that the United States Attorney shall file a response to the motion [120] no later than **September 18, 2025**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2025.